HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH ALLISON, pro se, et al., | Case No. 10-5760RBL |
| Plaintiffs, | |
| v. | ORDER DENYING MOTION FOR DEFAULT JUDGMENT |
| THE AMERICAN DENTAL ASSOCIATION, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Plaintiffs' "Request for Default Judgment" [Dkt. #6]. Plaintiff Allison claims to have served the various Defendants by mailing a copy of his complaint to each of them. [Dkt. #7]. Plaintiffs seeks a judgment of $600,000,000.00, trebled, per plaintiff.

//
//
//

ORDER
Page - 1

Plaintiffs filed this matter on October 14, 2010. The record does not reflect any proof of service. Plaintiffs claim that Allison served the complaint by mail, and apparently believes erroneously that that is effective service. It is not. *See* Fed. R. Civ. P. 4. The Motion for Default Judgment is DENIED.

IT IS SO ORDERED.

Dated this 30th day of November, 2010.

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE