Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KEITH ALLISON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE AMERICAN DENTAL ASSOCIATION, *et al.*,<br><br>Defendants. | No. 10-cv-5760-RBL<br><br>**ORDER ON DEFENDANTS HON. JAMES L. ROBART, HON. ROBERT H. WHALEY, HON. EDWARD F. SHEA, HON. LONNY R. SUKO'S COMBINED MOTION TO DISMISS** |

## ORDER

THIS MATTER comes before the Court on Defendants, the Honorable James L. Robart (United States District Court Judge for the Western District of Washington), Hon. Robert H. Whaley (Senior United States District Court Judge for the Eastern District of Washington), Hon. Edward F. Shea (United States District Court Judge for the Eastern District of Washington), and Hon. Lonny R. Suko's (Chief United States District Court Judge for the Eastern District of Washington) (collectively, the "Federal District Court Judges") Motion to Dismiss.

Having considered the parties' arguments and supporting documents, and all other papers before the Court on this matter, the Court FINDS that Plaintiffs' claims against Federal District Court Judges are barred by the doctrine of judicial immunity.

Accordingly, the Court ORDERS the Federal District Court Judges DISMISSED with prejudice from this action.

//////

DATED this 18th day of February, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
JENNY A. DURKAN
United States Attorney

s/ *J. Michael Diaz*
J. Michael Diaz, WSBA No. 38100
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: Michael.Diaz@usdoj.gov

Attorneys for the Federal District Court Judges


MICHAEL C. ORMSBY
United States Attorney

*s/ Pamela J. DeRusha*
PAMELA J. DeRUSHA
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767
Fax: (509) 353-2766
Email: Pamela.DeRusha@usdoj.gov

Co-counsel for Hon. James L. Robart

[PROPOSED] ORDER ON FEDERAL DISTRICT COURT JUDGE'S
MOTION TO DISMISS - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970