The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KEITH ALLISON, pro se, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE AMERICAN DENTAL ASSOCIATION, et al., <br><br> Defendants. | NO. 10-5760 RBL <br><br> ORDER GRANTING DEFENDANT ADA'S MOTION TO DISMISS |

THIS MATTER is before the court on Defendant American Dental Association (ADA)'s Motion to Dismiss. [Dkt. #27]. The Court has reviewed the materials and oral argument is not necessary for the Court to resolve the issues presented in the Motion.

The Motion to Dismiss is GRANTED. Plaintiffs' claims against the ADA were fully adjudicated on the merits on October 2, 2007, in Cause No. CV06-1761JLR. Plaintiffs' previous attempts to re-litigate these issues were rejected in Cause Nos. CV 08-3070 EFS and CV 10-3031RHW, both in the United States District Court for the Eastern District of Washington.

ORDER - 1
No. 10-5760 RBL

The substantive allegations as to the ADA in each lawsuit were the same in each case. The claims in the action now before this Court are identical to those claims. This action is therefore barred under the doctrine of *res judicata* (claim preclusion). Additionally, for the reasons cited in the Orders dismissing plaintiffs' prior actions against the ADA, Plaintiff s have not articulated a cognizable legal theory against ADA.

IT IS THRERFORE ORDERED that Defendant ADA's Motion to Dismiss [Dkt. #27] is GRANTED and this Action is DISMISSED WITH PREJUDICE.

The court is contemporaneously dismissing the remaining defendants by separate Order. Therefore, any and all other pending motions filed by Plaintiffs in this case [Dkt. #s 10, 11, 12, 19, 26 and 31] are DENIED as MOOT.

Given the plaintiffs' abusive and serial litigation practices, this Court will accept no further filings from the Plaintiffs without prior written consent of the Court.

This Order terminates the case.

IT IS SO ORDERED.

DATED this 18th day of FEBRUARY 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE